

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:   No CV 10-80218 MISC VRW

Kenneth Bruce Tishgart,   ORDER

State Bar No 96206

/

The court has received a letter from counsel for Kenneth Bruce Tishgart advising the court that Mr Tishgart has been suspended by the Supreme Court of California for a period of 90 days. The State Bar web site shows the effective date of the suspension to be July 25, 2010. Counsel for Mr Tishgart has advised this court that Mr Tishgart does not oppose an imposition of a reciprocal 90-day suspension by this court.

The court now orders Kenneth Bruce Tishgart removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

# FishkinSlatter LLP *attorney professional responsibility and conduct*

August 5, 2010

Office of the Clerk
ATTN: Attorney Admissions
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
AUG 06 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Kenneth Tishgart; California State Bar No. 096206
    Kenneth Tishgart on Discipline, California Supreme Court No. S182510

Dear Clerk:

This notice is provided pursuant to Northern District Local Rule 11-7(a).

On June 25, 2010, the California Supreme Court suspended Mr. Tishgart from the practice of law for a period of 90 days. A copy of the on-line California Supreme Court docket showing the June 25, 2010 Order is attached. The June 25, 2010 Order became effective on February 26, 2010, Cal. R Ct 9.18.

If the Court intends to impose reciprocal discipline against Mr. Tishgart in the form of a suspension of 90 days or less, then Mr. Tishgart waives his rights to a hearing and stipulates to the imposition of such reciprocal discipline. Otherwise, Mr. Tishgart will request a hearing.

Sincerely,

SAMUEL C. BELLICINI

# CALIFORNIA APPELLATE COURTS
## Case Information



| Supreme Court | **Supreme Court** | [ Change court ⇅ ] |
|---|---|---|
| Welcome | | |
| Search | Court data last updated: 08/05/2010 03:05 PM | |
| E-mail | **Case Summary  Docket  Briefs** | |
| Calendar | **Disposition  Parties and Attorneys** | |
| Help | | |
| Opinions | | |
| C\|C home | | |

## Docket (Register of Actions)

**TISHGART ON DISCIPLINE**
**Case Number S182510**

| Date | Description | Notes |
|---|---|---|
| 04/22/2010 | Record of State Bar discipline filed | recommendation: suspension. (2 volumes) |
| 05/04/2010 | Received: | letter dated May 3, 2010, from Noah S. Rosenthal, at Howard Rice et al., stating that the law firm no longer represents the petitioner. |
| 06/22/2010 | Time for filing petition for review expired | |
| 06/25/2010 | Recommended discipline imposed | The court orders that Kenneth Bruce Tishgart, State Bar Number 96206, is suspended from the practice of law in California for two years, execution of that period of suspension is stayed, and he is placed on probation for two years subject to the following conditions: 1. Kenneth Bruce Tishgart is suspended from the practice of law for the first 90 days of probation; 2. Kenneth Bruce Tishgart must comply with the other conditions of probation recommended by the Review Department of the State Bar Court in its Opinion filed on February 10, 2010; and 3. At the expiration of the period of probation, if Kenneth Bruce Tishgart |

|  |  | has complied with all conditions of probation, the two-year period of stayed suspension will be satisfied and that suspension will be terminated. Kenneth Bruce Tishgart must also take and pass the Multistate Professional Responsibility Examination within one year after the effective date of this order and provide satisfactory proof of such passage to the State Bar's Office of Probation in Los Angeles. Failure to do so may result in an automatic suspension. (Cal. Rules of Court, rule 9.10(b).) Kenneth Bruce Tishgart must also comply with rule 9.20 of the California Rules of Court and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the effective date of this order. Failure to do so may result in disbarment or suspension. Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment. |
|---|---|---|
| 07/27/2010 | Returned record | to State Bar Court (2 volumes) |

**Click here** to request automatic e-mail notifications about this case.

©2009 Judicial Council of California